UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-mj-4616

UNITED STATES OF AMERICA

v.

ALON ALEXANDER, and
OREN ALEXANDER

   Defendants,
_____/

## LIMITED PROTECTIVE ORDER

**THIS CAUSE** came before the Court on the Government's Motion for a Limited Protective Order Regulating Disclosure of *Jencks*/Section 3500 Material. Having considered the Government's Motion, and being otherwise fully advised in this premises, it is hereby **ORDERED** and **ADJUDGED** that the Government's Motion is **GRANTED**. Pursuant to Federal Rule of Criminal Procedure 16(d), it is further ordered that:

1. Counsel for the Government will provide the *Jencks*/Section 3500 materials to counsel for the defendants for use during cross examination at a pre-trial detention hearing, in paper form or electronically in a "view only" format, prior to the Government's obligation to produce discovery in this case;

2. Counsel for the defendants shall not provide the *Jencks*/Section 3500 material to any person except as specified by the Court, nor make any copies of the *Jencks*/Section 3500 material;

3. Counsel for the defendants shall not disclose any of the information in the *Jencks*/Section 3500 material to anyone other than the named defendants, attorneys of record for the named defendants and attorneys, or staff from that defense counsels' law offices in order to prepare for the cross-examination of the government agent at the pre-trial detention hearing;

4. Counsel for the defendants shall maintain a list of all individuals to whom the information contained in the *Jencks*/Section 3500 material was disclosed; this list is not subject to disclosure to the Government;

5. Counsel for the defendants will return the hard copies of the *Jencks*/Section 3500 material at the conclusion of the pre-trial detention hearing at which the government agent is testifying; electronic "view only" access to the material will end at the same time; and

6. Counsel for the Government and for the defendants shall promptly report any known violations of the Court's order to the Court.

**DONE AND ORDERED** in Miami, Florida, this 30th day of December, 2024.

_____
EDUARDO I. SANCHEZ
UNITED STATES MAGISTRATE JUDGE